Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br>*La Donna Christensen, et al. v. Pfizer Inc., et al*<br><br>**CASE NO. C-06-6185** | Case No. C-06-6185<br><br>MDL NO. 1699<br><br>District Judge:  Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiffs, La Donna Christensen; James Houston, Sr.; Deloyce R. Paulk, and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED:  December 29, 2009

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

DATED: February 4, 2010

2

_____
Michelle W. Sadowsky
3                                        DLA PIPER LLP (US)
                                         1251 Avenue of the Americas
4                                        New York, NY 10020-1104
                                         212.335.4500
5                                        *Attorneys for Defendants*

6

7

8         **APPROVED AND SO ORDERED.**

9

10        DATED: APR - 5 2010

_____
**CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**